IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS CICCARONE | CIVIL ACTION |
| VS. | NO. 02-5157 |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY | |

### ORDER

AND NOW, this 31st of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jan E. Dubois to the Honorable Clifford Scott Green.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court